IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FAIRHOPE MUNICIPAL COURT, et al.,** | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO.13-00576-WS-B |
| **DARRELL WILLIAMS-BEY,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **REMANDED** to the Municipal Court of Fairhope, Alabama as this Court lacks subject matter jurisdiction.

**DONE** this 9th day of January, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**