IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FAIRHOPE MUNICIPAL COURT, *
*et al.*, *
*
    Plaintiffs, *
*
vs. * CIVIL ACTION NO.13-00576-WS-B
*
DARRELL WILLIAMS-BEY, *
*
    Defendant. *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **REMANDED** to the Municipal Court of Fairhope, Alabama as this Court lacks subject matter jurisdiction.

**DONE** this 9th of January, 2014.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE